■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY YORKE, Appellant. [42 NYS3d 839]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Ambro, J.), rendered April 1, 2014, convicting him of criminal sale of a firearm in the third degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Danielson*, 9 NY3d 342, 349 [2007]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity

to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed, including the imposition of consecutive sentences for counts one and three, was not harsh or excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.